# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RUBIDIO MAURICIO GONZALES RAMIREZ,

            Petitioner,

      v.

WARDEN,

            Respondent.

Case No. 2:26-cv-01002-KES-SAB-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 31, 2026, the Court granted Petitioner's motion for a preliminary injunction and ordered Petitioner's immediate release. (ECF No. 8.) The Court referred this matter "to the assigned magistrate judge for further proceedings" and noted that the "magistrate judge may consider whether to hold further proceedings on the petition in abeyance" pending "the appeal in *Rodriguez v. Bostock*, No. 25-6842 (9th Cir.)." (Id. at 3, 2 n.1.)

The Court declines to hold the petition in abeyance given the uncertain timeline regarding any Ninth Circuit decision in the Rodriguez case. Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a further brief on the merits of the habeas petition; and

1

2.  Within thirty (30) days of the date of service of Respondents' brief (or the expiration of the time for Respondents to file their brief), Petitioner may file a further brief.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

STANLEY A. BOONE
United States Magistrate Judge